```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JARET WRIGHT                  :      CIVIL ACTION
                              :
        v.                    :
                              :
SUNTRUST BANK, et al.         :      NO. 13-5633
                              :
```

                                ORDER

AND NOW, this 25th day of April, 2014, upon consideration of defendant SunTrust Bank's motion to dismiss (Docket #6), the plaintiff's motion to compel arbitration (Docket #11), SunTrust Bank's motion for sanctions (Docket #17), and the oppositions and replies thereto, for the reasons stated in a memorandum of law entered today, IT IS HEREBY ORDERED that:

    1.  The motion to dismiss the claims against SunTrust Bank (Docket #6) is GRANTED.  Counts III through VI and VIII through XIV are dismissed with prejudice as to defendant SunTrust Bank only.  Counts I and II are dismissed without prejudice as to SunTrust Bank only, and the plaintiff shall have thirty days from the date of this Order in which to file an amended complaint against SunTrust, if he so chooses.

    2.  The plaintiff's motion to compel arbitration (Docket #11) is DENIED as MOOT.

    3.   SunTrust's motion for sanctions (Docket #17) is DENIED without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall SHOW CAUSE on or before May 9, 2014, why the complaint should not be dismissed as to defendants CSI Capital Management, Todd LaRocca, and Taylor & Faust, for failure to prosecute.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.