```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JARET WRIGHT                    :         CIVIL ACTION
                                :
          v.                    :
                                :
SUNTRUST BANK, et al.           :         NO. 13-5633
                                :
```

<u>ORDER</u>


AND NOW, this 6th day of January, 2015, upon consideration of the plaintiff's Motion for Reconsideration or Alternatively Leave to Amend Plaintiff's Complaint (Docket #26), the defendant SunTrust Bank's opposition, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is denied.  This case is closed.


```
                              BY THE COURT:



                              /s/Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```